**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

RUBY MAES,

     Plaintiff,

vs.                                                                  No.: 1:12-CV-01250 KG-WPL

CITY OF ESPAÑOLA, a municipal
corporation; LEO MONTOYA,
former Chief of Police for the City
of Española; and CHRISTIAN LOPEZ,
former Lieutenant with the City of
Española Police Department,

     Defendants.

**<u>ORDER OF DISMISSAL WITH PREJUDICE</u>**

THIS MATTER having come before the Court upon Plaintiff's Motion to Dismiss the

Complaint with prejudice, and good cause having been shown,

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's

Complaint and all claims necessarily or expressly raised against Defendants City of Española,

Leo Montoya and Christian Lopez, are hereby dismissed with prejudice, with each party to bear

their own costs and fees.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

By:  *Email Approval 4/2/14*
          Byron L. Treaster
          Attorney at Law
          Attorneys for Plaintiff
          P.O. Box 659
          Tesuque, NM 87574
          Telephone: (505) 660-2214
          Email: Byrontreaster@gmail.com


MILLER STRATVERT P.A.


By:  */s/ Virvinia Anderman*
          Virginia Anderman
          Attorneys for Defendants
          P.O. Box 25687
          Albuquerque, NM 87125-0687
          Telephone:  505-842-1950
          Facsimile:  505-243-4408